IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY DRIGGS** | **PLAINTIFF** |
| v. | CAUSE NO. 1:19cv267-LG-RHW |
| **CITY OF OCEAN SPRINGS POLICE DEPARTMENT; DETECTIVE TERRY HINES; JACKSON COUNTY SHERIFF/A.D.C; and CITY OF OCEAN SPRINGS** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE